NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE SANDOVAL,

       Plaintiff,

      v.

FCA US LLC; and DOES 1 through 10, inclusive,

      Defendants.

Case No. 8:25-cv-00072-FWS-KES

**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT [17]**

///

///

///

Having reviewed and considered the Stipulation to Remand Case to State Court [17] ("Stipulation"),[1] between Plaintiff GUADALUPE SANDOVAL and Defendant FCA US LLC, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. All future deadlines and dates in the above-captioned case are **VACATED**.
2. The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of Orange, as Case Number 30-02024-01425407-CU-BC-WJC.

**IT IS SO ORDERED**.

Dated:  December 30, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation is incorporated into this Order by this reference.